IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ALTER BIGHAM, ) | |
| AIS # 229436, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACT. NO.  1:13cv289-TMH |
| ) | (WO) |
| CHRISTOPHER GORDY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**OPINION and ORDER**

On June 3, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 8.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED as follows:

(1) The Motion to Dismiss filed by the Petitioner be GRANTED.

(2) The Petition for Habeas Corpus Relief be DENIED.

(3) This case be DISMISSED without prejudice to allow the petitioner an opportunity to exhaust available state court remedies.

Done this 20th day of August, 2013.

 /s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE